JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ ARELLANO-ORTIZ,<br><br>               Petitioner,<br><br>               v.<br><br>FRANCISCO J. QUINTANA, WARDEN,<br><br>               Respondent. | Case No. 2:23-06290-ADS<br><br>JUDGMENT |

     Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition (Dkt. No. 1) is GRANTED.  The BOP is ordered to immediately release Petitioner from custody.

DATED:   January 5, 2024            /s/ Autumn D. Spaeth
                                               THE HONORABLE AUTUMN D. SPAETH
                                               United States Magistrate Judge

cc:    eben-shmuel@bop.gov
         clb-ccm-s@bop.gov
         usacac.habeas@usdoj.gov
         caseview.ecf@usdoj.gov
         InterdistrictTransfer_OKWD@okwd.uscourts.gov